**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **KEVIN E. BAER II, individually and** | ) | |
| **on behalf of others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO: 1:14-cv-00241-TWP-DML** |
| | ) | |
| **HUSTON CONTRACTING AND** | ) | |
| **CONSULTING LLC and** | ) | **COLLECTIVE ACTION PURSUANT** |
| **JEREMY HUSTON,** | ) | **TO 29 U.S.C. § 216(b)** |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR LEAVE FOR**
**MICHAEL D. LORE TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-5, the undersigned counsel respectfully moves the Court for an order granting admission *pro hac vice* to Michael D. Lore for the purpose of appearing as counsel on behalf of Plaintiff Kevin E. Baer II.    In support of this motion, the undersigned counsel states:

1.      Pursuant to S.D. Ind. Local Rule 83-6(b), the Certification of Michael D. Lore ("Certification") is attached to this Motion.

2.      As stated in the Certification, Michael D. Lore is admitted to practice and in good standing in the State of Texas, and the following federal jurisdictions:

U.S. District Court, Southern District of Texas; Admitted 9/23/1994;

U.S. District Court, Northern District of Texas; Admitted 11/05/2004;

U.S. District Court, Arizona; Admitted 9/23/1996; and

U.S. District Court, Colorado; Admitted 10/30/2013.

3.      As stated in the Certification, Michael D. Lore is not currently nor has he ever been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor has he ever received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4.      As stated in the Certification, Michael D. Lore has reviewed and will abide by the Seventh Circuit Standards of Professional Conduct and Local Rules of the Court.

5.      The administrative fee required to process this Motion for Leave for Michael D. Lore to Appear *Pro Hac Vice* has been paid via the CM/ECF electronic payment system.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order for admission *pro hac vice* for Michael D. Lore for purposes of this cause only.

Dated: March 4, 2014

Respectfully submitted,

s/ Robert J. Hunt
Robert J. Hunt, (#30686-49)
Philip J. Gibbons, Jr. (#19353-49)
GIBBONS LEGAL GROUP, P.C.
10401 North Meridian Street, Suite 130
Indianapolis, Indiana 46290
Telephone:   (317) 706-1100
Facsimile:    (317) 623-8503
E-Mail: phil@gibbonslegalgroup.com
          rob@gibbonslegalgroup.com

Michael D. Lore
MICHAEL D. LORE P.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
E-Mail: mlore@lorefirm.com

2

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served

this 4th day of March, 2014, by way of U.S. First Class Mail upon the following registered

agents for Defendants:

Jeremy Huston
10126 N. Balfer Dr. E.
Fortville, IN 46040

s/ Robert J. Hunt
Robert J. Hunt

3