UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN E. BAER II, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUSTON CONTRACTING AND CONSULTING LLC and JEREMY HUSTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO: 1:14-cv-00241-TWP-DML<br>)<br>)<br>) COLLECTIVE ACTION PURSUANT<br>) TO 29 U.S.C. § 216(b)<br>)<br>) |

## CERTIFICATION OF MICHAEL D. LORE

I, Michael D. Lore, certify that the following facts are correct and true:

1. I am admitted to practice and in good standing in the State of Texas and the following federal jurisdictions:

   U.S. District Court, Southern District of Texas; Admitted 9/23/1994;

   U.S. District Court, Northern District of Texas; Admitted 11/05/2004;

   U.S. District Court, Arizona; Admitted 9/23/1996; and

   U.S. District Court, Colorado; Admitted 10/30/2013.

2. I am not currently nor have I ever been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor have I ever received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the Seventh Circuit Standards of Professional Conduct

and the Local Rules of the Court, and certify that I will abide by these rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __4th__ day of March, 2014.

By: _____

Michael D. Lore, Texas Bar# 00787924
MICHAEL D. LORE, P.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:   (713) 782-5291
Facsimile:    (713) 758-0345
E-Mail:        mlore@lorefirm.com

2