UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KEVIN E. BAER II, individually and on behalf of others similarly situated,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HUSTON CONTRACTING AND CONSULTING LLC and JEREMY HUSTON,** )<br>)<br>**Defendants.** ) | ) CAUSE NO: 1:14-cv-00241-TWP-DML<br>)<br>) COLLECTIVE ACTION PURSUANT<br>) TO 29 U.S.C. § 216(b) |

**ORDER GRANTING MOTION FOR LEAVE FOR**
**MICHAEL D. LORE TO APPEAR *PRO HAC VICE***

This matter came before the Court on the Motion for Leave for Michael D. Lore to Appear *Pro Hac Vice* filed by Plaintiff Kevin E. Baer II.   Having considered the motion and being fully advised, the Court now hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Michael D. Lore is granted leave to appear as co-counsel *pro hac vice* on behalf of Plaintiff Kevin E. Baer II, in this action.


Dated:_____

_____
Judge / Magistrate Judge
United States District Court
Southern District of Indiana

COPIES TO:

Robert J. Hunt, (#30686-49)
Philip J. Gibbons, Jr. (#19353-49)
GIBBONS LEGAL GROUP, P.C.
10401 North Meridian Street, Suite 130
Indianapolis, Indiana 46290
Telephone:   (317) 706-1100
Facsimile:   (317) 623-8503
E-Mail: phil@gibbonslegalgroup.com
          rob@gibbonslegalgroup.com

Michael D. Lore
MICHAEL D. LORE P.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
E-Mail: mlore@lorefirm.com

Jeremy Huston
10126 N. Balfer Dr. E.
Fortville, IN 46040